### 18297.   McKINNEY *v.* CHAPMAN.

BLOODWORTH, J.   1. The amendment to the motion for a new trial shows no reason why the case should be tried again.

2. Juries are the final arbiters on all questions of fact. In this case the conflicting evidence was settled by the jury in favor of the plaintiff, and, no error of law having been committed on the trial, the verdict must stand.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.

Lien foreclosure; from Fulton superior court—Judge Pomeroy. June 3, 1927.

*Neufville & Neufville,* for plaintiff in error.

*John P. Haunson,* contra.

Appeal and Error, 4 C. J. p. 850, n. 51; p. 859, n. 5.